_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 14, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-N 14-50937-btb |
| JOSEPH MICHAEL SUNDE and VIKTORIYA SUNDE, | Chapter 7 |
| Debtors. | **RE: 18-cv-00485-MMD** |
| NEVADA DIVORCE AND DOCUMENT SERVICES, INC., a Nevada Corporation, ROBERT D. CROCKETT and VICTORIA A. CROCKETT, | **ADV. 14-05044-btb** |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO FILE AMENDED EX PARTE MOTION TO EXTEND TIME FOR FILING APPEAL** |
| v. | |
| JOSEPH MICHAEL SUNDE and VIKTORIYA SUNDE, | |
| Defendants. | |

Defendants' Motion to File Amended Ex Parte Motion to Extend Time for Filing Appeal (Docket # 555) came on for hearing on January 7, 2019. After consideration of the pleadings and oral arguments, **IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS HEREBY ORDERED** that Defendants' motion for additional time is GRANTED as to both requests for extension as there are two appeals. The Court finds that Defendant JOSEPH

MICHAEL SUNDE's medical issues are significant enough and the delays short enough that it is appropriate to allow him the additional time to file the two appeals as requested in Defendants' Motion.

Copies sent to all parties via BNC.

###